1  BLANK ROME LLP
   Cheryl S. Chang (SBN 237098)
2  Cheryl.Chang@BlankRome.com
   Jessica A. McElroy (SBN 299919)
3  Jessica.McElroy@BlankRome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA 90067
   Telephone: 424.239.3400
5  Facsimile:  424.239.3434

6  Attorneys for Defendant,
   KINGSTON DATA & CREDIT INTERNATIONAL INC.
7

8                 UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| KATHLEEN RUST, | Case No. |
|---|---|
| Plaintiff, | [Removal from Superior Court of California for the County of Riverside, Case No. CVPS2204151] |
| v. | |
| KINGSTON DATA & CREDIT INTERNATIONAL INC. and DOES 1-10, Inclusive, | **DEFENDANT KINGSTON DATA & CREDIT INTERNATIONAL INC.'s CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | Complaint Filed: October 24, 2022 |

153888.01215/129959139v.1

**DEFENDANT KINGSTON DATA & CREDIT INTERNATIONAL INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant Kingston Data & Credit International Inc. ("Kingston"), a privately held non-governmental party, states that Kingston has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED:  November 25, 2022    BLANK ROME LLP

By: */s/ Jessica A. McElroy*
Cheryl S. Chang
Jessica A. McElroy
Attorneys for Defendant,
KINGSTON DATA & CREDIT INTERNATIONAL INC.

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; I am employed by BLANK ROME LLP in the County of Los Angeles, California at 2029 Avenue of the Stars, 6th Floor, Los Angeles, California 90067.

On November 25, 2022, I served the foregoing document(s) described as:

## DEFENDANT KINGSTON DATA & CREDIT INTERNATIONAL INC.'S CORPORATE DISCLOSURE STATEMENT

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Todd M. Friedman
Adrian R. Bacon
21031 Ventura Blvd., Suite 340
Woodland Hills, CA  91364
Email:  tfriedman@toddflaw.com
Abacon@toddlaw.com

Riverside County Superior Court
3255 E. Tahquitz Canyon Way
Palm Spring, CA  92262

☒ **BY U.S. MAIL**: I am personally and readily familiar with the business practice of Blank Rome LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** By electronically mailing a true and correct copy through Blank Rome LLP's electronic mail system from aj.cruickshank@BlankRome.com to the email addresses set forth above.

☒ **FEDERAL** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 25, 2022, at Los Angeles, California.

_____
AJ Cruickshank

153888.01215/129959139v.1

1

**DEFENDANT KINGSTON DATA & CREDIT INTERNATIONAL INC.'S CORPORATE DISCLOSURE STATEMENT**